# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk        October 19, 2011        TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

U.S. Middle District Court of Georgia
475 Mulberry Street
Macon, GA 31202

Dear Clerk of Court,

Re: USA v. MICHAEL MURPHY

MIDDLE DISTRICT OF NORTH CAROLINA: No. 1:11MJ200-1/
MIDDLE DISTRICT OF GEORGIA: No. 4:01CR15-001

Enclosed are certified copies of the following papers in the above-entitled case for disposition in your District:

1. Criminal Proceedings Sheet
2. Commitment Order
3. CJA 20 Appointment of Attorney
4. Financial Affidavit
5. Waiver of Rule 5 and Detention Hearing
6. Docket Sheet

Please acknowledge receipt of these papers on the enclosed copy of this letter.

Sincerely,

JOHN S. BRUBAKER, CLERK

By: /s/ Abby Taylor
Deputy Clerk

Enclosures