√11-3-11    PAID    PTS/KG  11-3-11

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| NCM | MURPHY, MICHAEL | | 11110 000283 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:11-000200-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. MURPHY | Other | Adult Defendant | Supervised Release |

11. OFFENSE(S) CHARGED

12. ATTORNEY'S NAME AND MAILING ADDRESS
SHELLA, CHRISTOPHER B.
2305 Vintage Hill Dr.
Durham NC 27712

Telephone Number: (919) 806-4271

FILED OCT 21 2011

13. COURT ORDER
Signature of Presiding Judicial Officer or By Order of the Court
10/18/2011
Date of Order

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | .2 | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other | | | | | |
| TOTALS: | .2 | 31.25 | | 25.00 | |
| 16. a. Interviews and Conferences | .2 | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | 2 | | | | |
| e. Investigative and Other work | | | | | |
| TOTALS: | 2.2 | 275 | | 275.00 | |
| 17. Travel Expenses | | 60 | | | |
| 18. Other Expenses | | | | | |
| | | 366.25 | | 360.00 | |

19. CERTIFICATION OF ATTORNEY/PAYEE FROM 10-18-11 TO 10-18-11
20. APPOINTMENT TERMINATION DATE
21. CASE DISPOSITION

22. CLAIM STATUS: Final Payment
Signature of Attorney: Date: 10-20-11

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 25 | 275 | 60 | | 360.00 |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER  DATE 11/1/11  28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  DATE  34a. JUDGE CODE

ok/kg 10-25-11